768 A.2d 1051

IN THE MATTER OF MARK D. CUBBERLEY,
AN ATTORNEY AT LAW.

March 30, 2001.

## ORDER

The Court having ordered on February 21, 2001, that **MARK D. CUBBERLEY** of **HAMILTON**, who was admitted to the bar of this State in 1984, cooperate fully with the attorney designated to supervise him in the practice of law, failing which respondent would be temporarily suspended from practice without further notice;

And the Office of Attorney Ethics having reported to the Court that **MARK D. CUBBERLEY** has failed to cooperate with his supervising attorney;

And good cause appearing;

It is ORDERED that **MARK D. CUBBERLEY** is temporarily suspended from the practice of law, effective immediately and until the further Order of the Court; and it is further

ORDERED that **MARK D. CUBBERLEY** be restrained and enjoined from practicing law during the period of suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.